UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                          CASE NO. 21-80103-CRJ

SPARCNET LLC                                    CHAPTER 7

_____DEBTOR(S)_____

NOTICE OF TELEPHONIC 341 MEETING

The above-styled case is set for the Section 341 Meeting of Creditors on 03/12/21 at 09:00am.

**DUE TO THE URGENCIES OF THE PUBLIC HEALTH CRISIS RELATED TO COVID-19, THIS MEETING WILL BE HELD BY TELEPHONIC MEANS.**

The Debtor(s) is required to **APPEAR BY PHONE** at the meeting of creditors on the date and time set forth above for the purpose of being examined under oath. Attendance **BY PHONE** by creditors at the meeting is welcomed, but not required. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

Prior to the time set out above, dial the telephone number and use the code set out below to enter the meeting. Parties should dial in at least five minutes prior to the start of the meeting. There is no security code and please do not select any other feature. If the automated attendant asks for a security code, one is not required. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible, to call from a quiet location, and to not use a speaker function or place the call on hold (as this may cause music or other noises to play during the meetings of other participants on the call).

Debtor(s) is encouraged to contact your attorney prior to the meeting for more information.

**DO NOT COME TO THE COURTHOUSE. THIS MEETING WILL TAKE PLACE BY TELEPHONE ONLY.**

**Dial-in information:**
**Dial In: 1-877-336-1829**
**Access Code: 2434017**

Date: 26 February 2021

                                    s/ Judith Thompson_____
                                    Judith Thompson, Trustee
                                    Chapter 7 Trustee
                                    Phone: (256) 880-2217